AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Bucks Holsters LLC

*Plaintiff(s)*

v.

T5 Investments LLC d/b/a Tyson Holsters; Trevin Tyson; DeMarkus Drumwright

*Defendant(s)*

Civil Action No. 2:26-cv-02837

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
T5 Investments LLC d/b/a Tyson Holsters
c/o Trevin Tyson, Member
294 Mount Olive Cohoke Road
King William, VA 23086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bryan L. Loeffler, Esq.
Loeffler IP Group, P.A.
5659 Strand Court, Suite 102
Naples, FL 34110
(239) 202-2901
Bryan@lawipgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-02837

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* T5 Investments LLC d/b/a Tyson Holsters

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________

______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset